IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN DEBELLIS,

          Plaintiff,                    18cv0214
                                     ELECTRONICALLY FILED

          v.

MID-CENTURY INSURANCE COMPANY,

          Defendants.

## ORDER OF COURT

Before the Court is Plaintiff's Motion for Joinder (doc. no. 25) and Defendant's Response in Opposition. Doc. no. 28. On April 19, 2018, during the Parties' initial case management conference, the Court heard argument from each Party as to whether joinder was appropriate.

AND NOW, this 26th day of April, 2018, the Court ORDERS the Joinder of Farmers Insurance Exchange, Truck Insurance Exchange, and Fire Insurance Exchange as Additional Defendants without prejudice to any of these Defendants to move for dismissal and/or summary judgment, or Defendant Mid-Century Insurance Co. to renew this Joinder issue in a motion for summary judgment.

                                     **SO ORDERED, this 26th day of April, 2018.**

                                     s/Arthur J. Schwab
                                     Arthur J. Schwab
                                     United States District Judge

cc:      All ECF Registered Counsel of Record